UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| WILLIAM A WATSON,<br><br>          Petitioner,<br><br>    v.<br><br>STATE OF WASHINGTON.<br><br>          Respondent. | CASE NO. C15-5076 RBL-JRC<br><br>ORDER TO AMEND THE CASE CAPTION |

      Petitioner seeks habeas corpus relief from a state conviction and sentence. The District Court referred the case to the undersigned Magistrate Judge pursuant to 28 U.S.C. §§ 636(b)(1)(A) and (B) and Local Magistrate Judge Rules MJR 3 and MJR 4.

      Petitioner names the State of Washington as respondent. The proper respondent is "the person having custody of the person detained." 28 U.S.C. § 2243. Petitioner needs to name a natural person -- not a governmental entity. This person is usually the superintendent of the facility in which petitioner is incarcerated. Petitioner's failure to name the correct party deprives this Court of personal jurisdiction. *See Stanley v. California Supreme Court*, 21 F.3d 359, 360 (9th Cir. 1994).

ORDER TO AMEND THE CASE CAPTION - 1

1 | The Court orders that petitioner file a motion asking that the Court change the case
2 | caption. Petitioner needs to name the superintendent of the Monroe Correctional Complex in his
3 | motion. Petitioner must file his motion on or before March 27, 2015.
4 | Dated this 2nd day of March, 2015.

_____
J. Richard Creatura
United States Magistrate Judge